

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  *(302) 573-6277*
*1007 N. Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 21, 2005

The Honorable Mary Pat Thynge
United States Magistrate Judge
U.S. District Court
844 King Street
Wilmington, DE 19801

      **Re:** **United States v. Calvin E. Davis, Jr.**
            **Criminal Action No. 04-73M**

Dear Magistrate Judge Thynge:

      Christopher Koyste, counsel for the defendant, has informed the Government that his client will enter a guilty plea. Therefore, the parties respectfully ask the Court to schedule a change of plea hearing. A copy of the proposed Memorandum of Plea Agreement will be filed with the Court.

                                 Respectfully submitted,

                                   COLM F. CONNOLLY
                                   United States Attorney

                        BY:     /s/
                                   Beth Moskow-Schnoll
                                   Assistant United States Attorney

cc:     Christopher Koyste, Esq.
           Clerk, U.S. District Court