IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )
                              )
       v.                     )     Criminal Action No. **04-73M-MPT**
                              )
**CALVIN E. DAVIS**           )
                              )
            Defendant.        )

### NOTICE OF RESCHEDULING

      IT IS HEREBY ORDERED that the Change of Plea Hearing for the above defendant is continued from October 27, 2005 at 1:00 pm until  **NOVEMBER 3, 2005 AT 1:00 p.m.**, in Courtroom 6C of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

October 25, 2005

HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE



FILED

OCT 2 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE