Filed in open court 11/17/05
ew

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 04-73M |
| CALVIN DAVIS, | : | |
| Defendant. | : | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorney, Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Calvin Davis, by and through his attorney, Christopher Koyste, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant, Calvin Davis, agrees to plead guilty to Count One of the Information charging him with a violation of Title 18, United States Code, Section 1030(a)(2), computer fraud, in that, while employed by Discover Bank, the defendant did knowingly and intentionally exceed his authorized access to the bank's computer files, thereby obtaining information contained in a financial record of Discover Bank. This violation carries a maximum penalty of imprisonment for not more than 1 year, a $100,000.00 fine, 1 year of supervised release, and a $25.00 special assessment.

2. The defendant knowingly, voluntarily, and intelligently admits the following facts:

(a) in or around January, 2004, after viewing the account information of A.L. during the course of his employment with Discover Bank, he used that account information to take over A.L.'s Discover Card account; (b) between January 21, 2004, and January 29, 2004, using A.L.'s Discover Card account that he had taken over, he made and attempted to make purchases and cash advances totaling $2,331.74; (c) in or around February, 2004, after viewing the account information of J.B. during the course of his employment with Discover Bank, he used that account information to take over J.B.'s Discover Card account; (d) in or around December, 2003, after viewing the account information of W.W. during the course of his employment with Discover Bank, he used that account information to take over W.W.'s Discover Card account; and (e) in or around December, 2003, using W.W.'s Discover Card account that he had taken over, he made and attempted to make purchases and cash advances totaling $2,559.10.

3. The defendant agrees to pay the $25 special assessment at the time of sentencing.

4. At sentencing, the United States agrees to move to dismiss Counts Two and Three of the Information.

5. The defendant acknowledges that the actual loss to Discover Bank as a result of his conduct was $3,060.85. The defendant agrees to pay restitution in that amount to Discover Bank.

6. The parties hereby agree and stipulate that, for sentencing guideline purposes, the intended loss to Discover Bank was $4,890.84. The defendant understands that at sentencing the Court must consider the United States Sentencing Guidelines and take them into account in exercising its discretion to determine the appropriate sentence and must also consider the other factors bearing on an appropriate sentence pursuant to 18 U.S.C. § 3553(a). The defendant

further understands that the Government will recommend that the Court impose a sentence consistent with the sentencing range set forth by the sentencing guidelines.

7.   It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

COLM F. CONNOLLY
United States Attorney

_____    BY: _____
Calvin Davis                      Beth Moskow-Schnoll
Defendant                         Assistant United States Attorney

_____
Christopher Koyste
Attorney for Defendant

Dated: 11-17-05

AND NOW, this 17th day of November, 2005, the foregoing Memorandum of Plea Agreement is hereby (accepted)/(rejected) by this Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge