*FILED IN OPEN COURT 2/16/06 KJK.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

v. : Criminal Action No. 04-73M

CALVIN E. DAVIS, JR.,

    Defendant.

### MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss Counts Two and Three of the Information, pursuant to a Memorandum of Plea Agreement.

                                        COLM F. CONNOLLY
                                        United States Attorney

BY: _____
       Beth Moskow-Schnoll
       Assistant United States Attorney

Dated: February 16, 2006

IT IS SO ORDERED this ___16___ day of __February__, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
FEB 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE